July 15, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ASNAKE T. BELEHU, Appellant

NO. 14-13-00619-CV                    V.

CAROLYN LAWNICZAK, INDIVIDUALLY AND AS INDEPENDENT
ADMINISTRATOR OF THE ESTATE OF DANIEL J. LAWNICZAK,
DECEASED, Appellee

_____

This cause, an appeal from the order in favor of appellee, Carolyn Lawniczak, Individually and as Independent Administrator of the Estate of Daniel J. Lawniczak, Deceased, signed, July 2, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**. We order appellant Asnake T. Belehu to pay all costs incurred in this appeal. We further order this decision certified below for observance.